UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE HENRY,

        Petitioner,        Case Number: 2:12-CV-11965

v.        HON. GEORGE CARAM STEEH

STEVE RIVARD,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND**

      Petitioner Deandre Henry filed a *pro se* petition for a writ of habeas corpus challenging his convictions for assault with intent to murder, felon in possession of a firearm, and felony firearm. Now before the Court is Petitioner's Motion to Amend.

      Section 2242 of Title 28 provides that an application for a writ of habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242. Federal Rule of Civil Procedure 15(a), allows a party to amend a pleading once as a matter of course within 21 days after service. Fed. R. Civ. P. 15(a). Petitioner requested leave to amend the petition within 21 days after service.

      Accordingly, IT IS ORDERED that Petitioner's Motion to Amend [dkt. # 7] is GRANTED and the amended petition [dkt. # 8] is accepted for filing.

Dated: February 13, 2013

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Deandre Henry, 348806, 8585 N. Croswell Road, St. Louis, MI 48880 on
February 13, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk